**80**

STATE of Missouri, Respondent,

v.

Timothy E. THROWER, Appellant.

No. WD 52939.

Missouri Court of Appeals,
Western District.

May 20, 1997.

Emmett D. Queener, Assistant Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer S. Graham, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and HANNA and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Appeal from judgment of conviction for one count of stealing, § 570.030 RSMo 1994.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Aaron ALVAREZ, Appellant.

No. WD 52870.

Missouri Court of Appeals,
Western District.

May 20, 1997.

Jeannie Arterburn Willibey, Asst. Appellate Defender, Kansas City for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Asst. Attorney General, Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and HANNA and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Aaron Alvarez appeals his criminal convictions of assault in the first degree, section 565.050, RSMo 1994, and armed criminal action, section 571.015, RSMo 1994, and sentences of consecutive terms of imprisonment of ten and five years, respectively. There being no precedential value in a published opinion, we affirm pursuant to Rule 30.25(b) and have furnished the parties with a memorandum setting forth our reasoning.